■ KIMBERLY L. ACKMAN, Appellant, v DOUGLAS C. GROSS, Respondent and Third-Party Plaintiff. MARK HABERER, Third-Party Defendant-Respondent. [977 NYS2d 663]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), entered January 17, 2012. The judgment awarded plaintiff money damages against defendant/third-party plaintiff upon a jury verdict.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey, Sconiers and Valentino, JJ.